UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| John Madden, | ) | No. 1:20-cv-03347-SAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff John Madden's ("Plaintiff") Motion for Attorney's Fees. [ECF No. 23.] Defendant filed a response, noting that she does not oppose the request. [ECF No. 24.] Having considered the parties' submissions, the Court **GRANTS** Plaintiff's Motion, ECF No. 23, and Plaintiff is awarded attorney's fees in the amount of Four Thousand, Five Hundred and Ninety-Two Dollars and 65/100 cents ($4,592.65) and costs in the amount of Twenty-One Dollars and 15/100 cents ($21.15) pursuant to the Equal Access to Justice Act.

These attorney's fees will be paid directly to Plaintiff, John Madden, and sent to the business address of Plaintiff's counsel, Paul T. McChesney, Esquire. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2

**IT IS SO ORDERED.**

/s/Sherri A. Lydon_____
United States District Judge

November 19, 2021
Florence, South Carolina

2